IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF:<br><br>JAIME FERNANDEZ ALACRON<br>　　aka STEVE ALARCON<br>　　aka STEVE FERNANDEZ ALACRON<br>　　aka ALARCON FERNANDEZ<br>　　aka JACKSON S FERNANDEZ<br>　　aka JAIME FERNANDEZ ALARCON<br>　　aka JAIME FERNANDEZ ALACRON<br>　　aka HECTOR RIVERA<br>　　aka JACKSON ALARCON FERNANDEZ<br>　　aka ALACRON FERNANDEZ<br>　　aka STEVE FERNANDEZ ALARCON<br>　　aka CARLOS ANDRES PEREZ MUNOZ | Case No. 2:25-mj-346 |

**AFFIDAVIT OF DEPORTATION OFFICER BRYAN C. HAWKINS
IN SUPPORT OF CRIMINAL COMPLAINT**

I, United States (U.S.) Immigration and Customs Enforcement (ICE) Deportation Officer Bryan C. Hawkins, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than thirteen years of experience as a Deportation Officer with ICE. I am assigned to the Office of Enforcement and Removal Operations located in Westerville, Ohio. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Basic Immigration Officer Course at the Federal Law Enforcement Training Center (FLETC) located in Glynco, GA.

2. While investigating JAIME FERNANDEZ ALACRON (FERNANDEZ ALACRON), I have learned the following facts about him.

3. FERNANDEZ ALACRON is a citizen of Colombia and not a citizen of the United States.

4. On or about March 18, 2005, a district judge in the U.S. District Court for the Eastern District of New York found FERNANDEZ ALACRON guilty of violating 18 U.S.C. § 1959(a)(6) (Conspiracy to Kidnap) and 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Crime of Violence). For these offenses, FERNANDEZ ALACRON was sentenced to serve 117 months in the custody of the U.S. Bureau of Prisons.

5. On or about February 11, 2011, ICE encountered FERNANDEZ ALACRON at the Federal Correctional Institution Schuylkill in Minersville, PA. ICE determined that FERNANDEZ ALACRON is a citizen of Colombia who was present in the United States without having been admitted or paroled and who had been convicted of an offense that is defined as an "aggravated felony" in 8 U.S.C. § 1101(a)(43)(F).

6. On or about March 3, 2011, FERNANDEZ ALACRON was ordered removed to Colombia by the Authorized Official pursuant to Section 238(b) of the Immigration and Nationality Act.

7. On or about March 28, 2011, FERNANDEZ ALACRON was physically removed, pursuant to the Authorized Official's removal order, from the United States to Colombia via New Orleans, LA. On or about that date, FERNANDEZ ALACRON surrendered his fingerprint and photograph for Immigration Form I-205 (Warrant of Removal/Deportation), which he signed. FERNANDEZ ALACRON's departure was witnessed and Form I-205 was signed by an immigration officer.

8. On or about August 1, 2019, the U.S. Border Patrol arrested FERNANDEZ ALACRON at or near Falfurrias, TX after determining that he had illegally entered the U.S. The U.S. Border Patrol served FERNANDEZ ALACRON Immigration Form I-871, Notice of Intent/Decision to Reinstate Prior Order, charging him with inadmissibility pursuant to Section 241(a)(5) of the Immigration and Nationality Act.

9. On or about January 21, 2020, a district judge in the U.S. District Court for the Southern District of Texas found FERNANDEZ ALACRON guilty of violating 8 U.S.C §§ 1326(a) and (b)(2) (Illegal Re-Entry). For this offense, FERNANDEZ ALACRON was sentenced to serve 14 months in the custody of the U.S. Bureau of Prisons.

10. On or about September 2, 2020, after completion of his sentence for Illegal Re-Entry, ICE physically removed FERNANDEZ ALACRON from the United States to Colombia via Alexandria, LA. On or about that date, FERNANDEZ ALACRON surrendered his fingerprint and photograph for Immigration Form I-205, which he signed. FERNANDEZ ALACRON's departure was witnessed and Form I-205 was signed by an immigration officer.

11. On or about May 31, 2025, the Ohio State Highway Patrol arrested FERNANDEZ ALACRON in Columbus, OH and charged him with Felony Possession of Drugs, Misdemeanor Operating a Motor Vehicle While Intoxicated, Misdemeanor Operating a Motor Vehicle Without a Valid License, Minor Misdemeanor Driving in Marked Lanes, and Minor Misdemeanor Failure to Display Headlights. The Ohio State Highway Patrol submitted FERNANDEZ ALACRON's fingerprints to the Law Enforcement Support Center (LESC) in Williston, VT. The LESC

queried FERNANDEZ ALACRON's fingerprints in immigration databases and confirmed FERNANDEZ ALACRON's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to ICE notifying ICE Columbus that FERNANDEZ ALACRON is residing in the United States without lawful status and that FERNANDEZ ALACRON has not been granted permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter the United States.

I submit that the above facts establish probable cause that FERNANDEZ ALACRON violated 8 U.S.C. §§ 1326(a) and (b)(2), an alien who: (1) subsequent to sustaining a conviction for commission of an aggravated felony offense has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the United States; and (3) did not have consent from the Attorney General or the Secretary for the U.S. Department of Homeland Security to reapply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory.

_____
Bryan C. Hawkins
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this  5th  day of June 2025.

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge